1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
5     1301 Clay Street, Suite 340S
      Oakland, California 94612-5217
      Telephone: (510) 637-3721
6     Facsimile: (510) 637-3724
      michael.keough@usdoj.gov
7
   *Attorneys for Defendant*
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
12 | SHARAN JEWEL SABHLOK,              ) Case No. 3:25-CV-07605-TSH
                                        )
13 |       Plaintiff,                   ) **JOINT STIPULATION REGARDING CASE**
                                        ) **MANAGEMENT CONFERENCE**
14 |   v.                               )
                                        )
15 |                                    )
   | UNITED STATES SMALL BUSINESS       )
16 | ADMINISTRATION, *et al.*,          )
                                        )
17 |       Defendants.                  )
                                        )
18

19     Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendants (the "Parties") hereby

20 stipulate and agree that the Initial Case Management Conference, currently set for December 11, 2025,

21 should be reset for February 5, 2026.  The reason for the request is that Defendant's response is not due

22 until January 22, 2026, and the Parties respectfully submit that the resources of the Parties and the Court

23 will be conserved if the Initial Case Management Conference is held after Defendant has responded to

24 the complaint.

25     IT IS SO STIPULATED.

26   DATED: November 25, 2025                Respectfully submitted,

27                                           CRAIG H. MISSAKIAN
                                             United States Attorney
28

STIPULATION REGARDING CMC DATE
CASE NO.  3:25-cv-07605-TSH

1
2
/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendants*

/s/ *Sharan Jewel Sabhlok**
SHARAN JEWEL SABHLOK

Plaintiff *pro se*

* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION REGARDING CMC DATE
CASE NO. 3:25-cv-07605-TSH

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to stipulation, IT IS SO ORDERED.  The Initial Case Management Conference is reset |
| 3 | for February 5, 2026. |

DATED: November 25, 2025

_____
United States Magistrate Judge