CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612-5217
  Telephone: (510) 637-3721
  Facsimile: (510) 637-3724
  michael.keough@usdoj.gov

 *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARAN JEWEL SABHLOK,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>        Defendants. | Case No. 3:25-CV-07605-TSH<br><br>**JOINT STIPULATION AND ORDER REGARDING RESPONSE DATE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendants (the "Parties") hereby stipulate and agree that Defendants' time to respond to the complaint, currently set for January 22, 2026, should be briefly continued to February 12, 2026.  The reason for the request is to allow additional time for Defendants to complete their assessment and prepare a response.  The parties also request that the Initial Case Management Conference, currently set for February 5, 2026, be reset for February 26, 2026. The Parties respectfully submit that the resources of the Parties and the Court will be conserved if the Initial Case Management Conference is held after Defendants have responded to the complaint.

IT IS SO STIPULATED.

DATED:  January 21, 2026                     Respectfully submitted,

                                             CRAIG H. MISSAKIAN

STIPULATION REGARDING RESPONSE DATE AND CMC DATE
CASE NO.  3:25-cv-07605-TSH

United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendants*

*/s/ Sharan Jewel Sabhlok**
SHARAN JEWEL SABHLOK

Plaintiff *pro se*

* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION REGARDING RESPONSE DATE AND CMC DATE
CASE NO.  3:25-cv-07605-TSH

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Defendants shall respond to the Complaint by February 12, 2026.  The Initial Case Management Conference is reset for February 26, 2026.

DATED:  January 23, 2026

_____
United States Magistrate Judge

STIPULATION REGARDING RESPONSE DATE AND CMC DATE
CASE NO.  3:25-cv-07605-TSH

3. The reason for the request is to allow additional time for Defendants to complete their assessment and prepare a response.

4. Counsel for Defendant provided a copy of the accompanying stipulation to Plaintiff, and on January 22, 2026, Plaintiff provided permission to file it.

5. This is the second joint request to modify the response date and the date of a case management conference (*see* Dkt. 6, 7), and this request will not impact any deadlines other than those stated herein.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 22nd day of January, 2026, in Oakland, California.

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH

KEOUGH DECL.
CASE NO. 3:25-cv-07605-TSH