Sharan Jewel Sabhlok

In Pro Se

1074 Creston road

Berkeley, CA. 94708

(510)301 1616

ASABHLOK@GMAIL.COM

*PLAINTIFF*

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NORTHERN CALIFORNIA**

**Sharan Jewel Sabhlok**

*Plaintiff'*

**v.**

**THE UNITED STATES SMALL BUSINESS
ADMINISTRATION,and KELLEY LOEFFLER,**
in her official capacity as Administrator of the
United States Small Business Administration

*Defendants*

Case no. 3:25-CV-07605-TSH__

Declaration of Sharan J. Sabhlok

I, Sharan J. Sabhlok, declare as follows:

1.      I am In Pro Se Plaintiff in the above captioned matter.  The matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2.      In the accompanying stipulation, the Parties request that the Initial Case Management Conference, currently set for February 26, 2026, be reset for ~~March 30, 2026~~ April 2, 2026.

3.      The reason for the request is to allow additional time for Plaintiff to complete her assessment of answer and record filed by the defendant. .

1

4.      Plaintiff provided a copy of the accompanying stipulation to Defendants' counsel on , February 17, 2026, Defendants' attorney provided permission to file it.

5.      This is the First joint request by Plaintiff to modify the date of a case management conference (*see* Dkt. 6, 7), and this request will not impact any deadlines other than that stated herein.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.  Executed this 18th day of  February 2026, in  Berkeley, California.

/s/ *Sharan J.  Sabhlok*

SHARAN JEWEL SABHLOK, In Pro Se



GRANTED

Judge Thomas S. Hixson

Date: 2/23/2026

2