CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile: (510) 637-3724
michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARAN JEWEL SABHLOK,<br><br>　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>　　　Defendants. | Case No. 3:25-CV-07605-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendants (the "Parties") hereby stipulate and agree that the Initial Case Management Conference, currently set for April 2, 2026, be reset for April 30, 2026. The reason for the request is that the parties are currently meeting and conferring regarding Plaintiff's contention that additional documents should be added to the administrative record filed by Defendant (Dkt. 14, 15). Once the issue is resolved, the parties will propose a date for Plaintiff to file her dispositive motion based on the administrative record. The parties expect to propose this schedule as part of the case management statement submitted prior to April 30.

IT IS SO STIPULATED.

DATED: March 26, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CRAIG H. MISSAKIAN

STIPULATION REGARDING CMC DATE
CASE NO.  3:25-cv-07605-TSH

United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendants*

*/s/ Sharan Jewel Sabhlok\**
SHARAN JEWEL SABHLOK

Plaintiff *pro se*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION REGARDING CMC DATE
CASE NO.  3:25-cv-07605-TSH

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Initial Case Management Conference is reset for April 30, 2026.


DATED:  March 27, 2026

_____
United States Magistrate Judge

STIPULATION REGARDING CMC DATE
CASE NO.  3:25-cv-07605-TSH

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARAN JEWEL SABHLOK, | Case No. 3:25-CV-07605-TSH |
| Plaintiff, | **DECLARATION OF MICHAEL A. KEOUGH** |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*, | |
| Defendants. | |

I, Michael A. Keough, declare as follows:

1. I am an Assistant United States Attorney and represent the Defendant in the above captioned matter. I am a member in good standing of the State Bar of New York. The matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2. In the accompanying stipulation, the Parties request that the Initial Case Management Conference, currently set for April 2, 2026, be reset for April 30, 2026.

3. The reason for the request is that the parties are currently meeting and conferring regarding Plaintiff's contention that additional documents should be added to the administrative record

KEOUGH DECL.
CASE NO. 3:25-cv-07605-TSH

filed by Defendant (Dkt. 14, 15). Once the issue is resolved, the parties will propose a date for Plaintiff to file her dispositive motion based on the administrative record. The parties expect to propose this schedule as part of the case management statement submitted prior to April 30.

4. Counsel for Defendant provided a copy of the accompanying stipulation to Plaintiff, and on March 26, 2026, Plaintiff provided permission to file it.

5. This is the fourth joint request to modify the date of a case management conference (*see* Dkt. 7, 11, 18), and this request will not impact any deadlines other than those stated herein.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 26th day of March, 2026, in Oakland, California.

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH

KEOUGH DECL.
CASE NO. 3:25-cv-07605-TSH