CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARAN JEWEL SABHLOK,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>    Defendants. | Case No. 3:25-CV-07605-TSH<br><br>**JOINT STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT AND CMC SCHEDULE** |

    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff and Defendants (the "Parties") hereby stipulate and agree to the following case schedule. Plaintiff has requested until July 1, 2026 to prepare a motion for summary judgment regarding the Administrative Procedure Act claims in this case. Defendants do not oppose, and the Parties therefore propose the following briefing schedule:

    Plaintiff's motion for summary judgment:    July 1, 2026

    Defendants' response:    July 31, 2026

    Plaintiff's Reply:    August 14, 2026

    Hearing:    September 3, 2026, 10:00 a.m.

The Parties further submit that the forthcoming case management conference, currently set for April 30, 2026, may be continued until after the motion for summary judgment is filed.  Alternatively, should the Court prefer to hold a case management conference prior to the summary judgment motion, the Parties respectfully request that the Court continue the case management conference by one week to May 7, 2026 due to the availability of Defendants' counsel.

IT IS SO STIPULATED.

DATED:  April 21, 2026                                        Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney

*Attorneys for Defendants*

*/s/ Sharan Jewel Sabhlok**

SHARAN JEWEL SABHLOK

Plaintiff *pro se*

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION REGARDING MSJ SCHEDULE AND CMC DATE
CASE NO.  3:25-cv-07605-TSH

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Parties shall comply with the following briefing schedule for Plaintiff's motion for summary judgment:

| | |
|---|---|
| Plaintiff's motion for summary judgment: | July 1, 2026 |
| Defendants' response: | July 31, 2026 |
| Plaintiff's Reply: | August 14, 2026 |
| Hearing: | September 3, 2026, 10:00 a.m. |

The Initial Case Management Conference is VACATED.

DATED: April 22, 2026

_____
Thomas S.  Hixson
United States Magistrate Judge

STIPULATION REGARDING MSJ SCHEDULE AND CMC DATE
CASE NO.  3:25-cv-07605-TSH